FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

October 11, 2022

No. 04-22-00364-CR

Kenneth **WILLIAMS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2022CR4751
Honorable Stephanie R. Boyd, Judge Presiding

## O R D E R

Appellant's brief was originally due by September 7, 2022, and on September 6, 2022, appellant requested a thirty-day extension of time. We granted appellant's motion and ordered his brief due by October 7, 2022. On October 6, 2022, appellant filed a second motion requesting an additional thirty-day extension of time. After consideration, we **grant** the motion and **order** appellant to file his brief **by November 7, 2022.** Counsel is advised further extensions of time will be disfavored absent extraordinary circumstances.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of October, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court